## GENERAL AFFIDAVIT OF SERVICE

Index Number: 8:04-CV-41-T-26MSS

UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

---

Nicholas H. Parker, et al.

Plaintiff/Petitioner

vs.

F. Bayard Parker, et al.

Defendant/Respondent

---

STATE OF **Texas**
COUNTY OF **Harris**

ss.: **Andy A. Williams**, being duly sworn, deposes and says: THAT deponent is not a party to this action, is over 18 years of age and resides in the State of Texas.

That on **2/11/05**, at **3:15** ~~A.M.~~ - P.M. at **5 Post Oak Park, 4400 Post Oak Parkway, Houston, TX 77027** deponent served the within ORDER OF WRIT OF GARNISHMENT upon **Southwest Bank of Texas**, the defendant therein named.

XXXXX CORPORATION - A corporation, by delivering thereat a true copy of each to **Faye H. Baber**, personally; deponent knew said corporation so served to be the corporation described in said document as said defendant corporation and knew said individual to be the **Legal Analyst** thereof.

DESCRIPTION - Deponent describes the individual served as follows:

| SEX | SKIN COLOR | HAIR COLOR | APPROX. AGE | HEIGHT | WEIGHT |
|---|---|---|---|---|---|
| F | White | Blond | 50 | 5'3" | 105 |

OTHER IDENTIFYING FEATURES: **glasses**

Sworn to before me, this
**14th** day of **February**, **2005**

*Carol Sanford*
Notary Public

Print Name **Andy A. Williams**
APR International
146-148 Barrett Street
P.O. Box 1049
Schenectady, New York 12301
Phone (518) 374-8390
F # 145184
C # 2916
CF# Parker

CAROL SANFORD
Notary Public, State of Texas
My Commission Expires
NOVEMBER 3, 2006